UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ERIC BENOIT** | CIV ACTION NO.: 3:21 cv 1043 |
| **Plaintiff,** | |
| v. | |
| **STEVE BOUSQUET'S APPLIANCE & T.V., INC.** | JULY 29, 2021 |
| **Defendant.** | |

## PETITION FOR REMOVAL

The Defendant, Steve Bousquet's Appliance & T.V., Inc., respectfully petitions this Court for removal of this action from the Superior Court of the State of Connecticut, judicial district of Windham, to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1367(a) *et seq.* In support of this petition, the Defendant alleges as follows:

1. The Plaintiff, Eric Benoit, filed a Summons and Complaint in the Superior Court of Connecticut, judicial district of Windham. A true and accurate copy of the Summons and Complaint is attached hereto as Exhibit A.

2. The Plaintiff purports to seek redress from the Defendant, Steve Bousquet's Appliance & T.V., Inc., pursuant to the Families First Coronavirus Response Act ("FFCRA"), Pub. L. No. 116-127, 134 Stat. 178 (2020). He alleges that the Defendant retaliated against him and interfered with the exercise of his rights in violation of the FFCRA. The Plaintiff also alleges state-law claims pursuant to the Connecticut Fair Employment Practices Act ("CFEPA"), Conn. Gen. Stat. § 46a-60 *et seq.*

1

3. According to 28 U.S.C. § 1331, "[t]he district court shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."

4. According to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. The United States District Court for the District of Connecticut embraces the place, Putnam, Connecticut, where the Plaintiff has filed his action in state court.

6. According to 28 U.S.C. § 1367(a), "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

7. The Plaintiff's state-law claims are generally based on and/or generally arise under the same allegations of fact as do the aforesaid causes of action arising under the FFCRA, over which this Court has original jurisdiction. Therefore, the Court has supplemental jurisdiction over the Plaintiff's state-law claims as the claims are so related that they form part of the same case or controversy under Article III of the United States Constitution.

8. Written notice of the filing of this Petition for Removal and the Notice of Removal will be served on the Plaintiff pursuant to 28 U.S.C. § 1446(d) and a true and correct copy of the Petition and notice will be filed with the Clerk in the state-court

action.

9. The Defendant submits that this matter should be removed from the Superior Court of the State of Connecticut, judicial district of Windham, to the United States District Court for the District of Connecticut because the federal court has original jurisdiction over those causes of action in the Plaintiff's Complaint arising under the FFCRA pursuant to 28 U.S.C. §§ 1331 and 1441(a) and supplemental jurisdiction over the Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a).

10. This Petition for Removal has been signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant respectfully requests that this action be removed from the Superior Court of the State of Connecticut, judicial district of Windham, to the United States District Court for the District of Connecticut.

DEFENDANT,
STEVE BOUSQUET'S APPLIANCE & T.V., INC.


By: _____/s/_____
Jonathan C. Zellner, Esq. (ct29294)
Ryan Ryan Deluca LLP
707 Summer Street
Stamford, CT 06901
Phone: 203-357-9200
Facsimile: 203-357-7915
jczellner@ryandelucalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021, a copy of the above was mailed to the following counsel and *pro se* parties of record:

James V. Sabatini, Esq.
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Attorney for Plaintiff, Eric Benoit

_____/s/_____
Jonathan C. Zellner, Esq.